ACCEPTED
01-15-01003-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 8:18:02 AM
CHRISTOPHER PRINE
CLERK

# Linebarger Goggan Blair & Sampson, LLP
## 4828 Loop Central Drive, Suite 600
### Houston, Texas 77081
### Main: 713-844-3400

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/28/2015 8:18:02 AM
CHRISTOPHER A. PRINE
Clerk

December 28, 2015

**Via E-File**

The Honorable Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin
Houston, Texas 77002-2066

  Re:  Request for electronic copy of the Trial Court's Clerk's Record in Case No. 01-15-01003-CV; *Glenn Herbert Johnson v. Harris County, et al.*; In the First Court of Appeals; Trial Court Cause No. 2009-51784

Dear Clerk:

  I am writing to request an electronic copy of the Trial Court's Clerk's Record which was filed on December 22, 2015. A representative from our office will pick-up the disk later today.

  Thank you for your assistance in this matter. Please contact me if you have any questions.


      Sincerely,


      Nick Nicholas


cc:  Via Electronic Mail
   Glenn H. Johnson (prairie_view_grad@yahoo.com)

---

*Edward J. (Nick) Nicholas*  *Direct: 713-844-3405*  *Fax: 713-844-3504*  *Nick.Nicholas@lgbs.com*